**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

In re
Alicia Torres,                       Case No: 16-11090
                                Chapter: 7

           Debtor(s).         /

**ORDER GRANTING APPLICATION TO PAY**
**FILING FEE IN INSTALLMENTS**
_____

       The debtor(s) in the above captioned case having filed an application to pay the filing fee in installments, and good cause appearing therefor,

       IT IS ORDERED that the application is GRANTED, with the following provisions:

       1. Installment payment shall be received by the Clerk's Office on or before the scheduled due date as shown on the installment application. The Clerk will not send payment due notices or reminders.

       2. If an installment payment is not received by close of business on the day the payment is due, the case will be dismissed by the court without further notice.

       IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon the debtor(s), attorney for the debtor(s) (if any), the case trustee and the Office of the U.S. Trustee.

Dated: December 29, 2016

                                                   Alan Jaroslovsky
                                                   U.S. Bankruptcy Judge

Copy:

■ Handed to debtor.        By: Kai Kee Lau , Deputy Clerk on December 29, 2016